**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Anthony Majalca,<br><br>    Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>    Respondents. | No. CV-23-00398-TUC-JCH<br><br>**ORDER** |

On June 07, 2024, the Court adopted Magistrate Judge Rateau's Report and Recommendation and denied incarcerated pro se Petitioner's Petition. Doc. 26. Before the Court is Petitioner's 700-page "Motion for Certificate of Appealability," Doc. 28, which the Court sealed because it contains highly sensitive information. *See* Doc. 29.

Before Petitioner can appeal this Court's judgment, a certificate of appealability must issue. *See* Fed. R. App. P. 22(b)(1) (the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)). Additionally, 28 U.S.C. § 2253(c)(2) provides that a certificate may issue only if the applicant has made a substantial showing of the denial of a constitutional right. In the certificate, the court must indicate which specific issues satisfy this showing. *See* 28 U.S.C. § 2253(c)(3). A substantial showing is made when the resolution of an issue of appeal is debatable among reasonable jurists, if courts could resolve the issues differently, or if the issue deserves further proceedings. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

Upon review of the record, and considering the standards for granting a certificate

of appealability, the Court concludes that a certificate shall not issue as the resolution of the petition is not debatable among reasonable jurists and does not deserve further proceedings.

Accordingly,

**IT IS ORDERED DENYING** Petitioner's Motion (Doc. 28). A Certificate of Appealability shall not issue.

Dated this 3rd day of July, 2024.

_____
John C. Hinderaker
United States District Judge